IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FAITH BLITMAN, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| NORTHEAST TREATMENT | : | |
| CENTERS, INC., d/b/a NORTHEAST | : | |
| TREATMENT CENTERS, | : | No. 21-4318 |
| *Defendant.* | : | |

**ORDER**

AND NOW, this 8th day of March, 2022, upon consideration of Northeast Treatment Centers, Inc.'s Motion to Set Aside Default (Doc. No. 7), Ms. Blitman's Response in Opposition (Doc. No. 10), Northeast's Reply (Doc. No. 12), Ms. Blitman's Motion for Default Judgment (Doc. No. 5), and Northeast's Response in Opposition (Doc. No. 8), it is **ORDERED** that:

1. Northeast's Motion to Set Aside Default (Doc. No. 7) is **GRANTED**; and

2. Ms. Blitman's Motion for Default Judgment (Doc. No. 5) is **DEEMED MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1