IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FAITH BLITMAN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **NORTHEAST TREATMENT** | : | |
| **CENTERS, INC., d/b/a NORTHEAST** | : | |
| **TREATMENT CENTERS,** | : | **No. 21-4318** |
| *Defendant* | : | |

## O R D E R

AND NOW, this 30th day of August, 2023, upon consideration of Northeast Treatment Centers, Inc.'s Motion for Summary Judgment (Doc. Nos. 26 & 27), Faith Blitman's response in opposition to the motion for summary judgment (Doc. No. 28), and Northeast's replies in response to its motion for summary judgment (Doc. Nos. 29 & 36), it is hereby **ORDERED** that Northeast's motion (Doc. Nos. 26 & 27) is **GRANTED** for the reasons set forth in the accompanying memorandum. The Clerk of Court is directed to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**